(April 16, 1943.)

Betty Davis et al., Individually and on Behalf of All Other Stockholders of Columbia Pictures Corporation, Respondents and Appellants, v. Jack Cohn et al., Appellants and Respondents, et al., Defendants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Broadcast Music, Inc., et al., Respondents, v. Deems Taylor, as President of American Society of Composers, Authors and Publishers, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel Sackheim, Individually and on Behalf of All Other Stockholders of Reiter-Foster Oil Corporation, Appellant, v. Reiter-Foster Oil Corporation et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Harry J. Renn, Respondent, v. City of New York, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Jack Norworth, Respondent, v. Jerry Vogel et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Department of Welfare of City of New York, Respondent, v. Nunzio A. Bonsignore, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Anna Kooh, Appellant, v. Bay Ridge Roller Skating Rink, Inc., Respondent.—Judgment No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Martin Berg, Respondent, v. Wirth Products, Inc., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Mary Finney, Respondent, v. Title Guarantee and Trust Company, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Liberty Mutual Insurance Company, Appellant, v. J. J. Fisher Company, Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.